UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 7 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　**4:20CR460 RWS/SPM**
　　　　　　　　　　　　　　　　　　　　　)
DEANDRE J. WHITE,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　　　)

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 12, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE J. WHITE,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted

in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year,

and the firearm previously traveled in interstate or foreign commerce during or prior to being in

Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1) and punishable under Title

18, United States Code, Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about August 12, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE J. WHITE,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about August 12, 2020, in the City of St. Louis, within the Eastern District of Missouri,

### DEANDRE J. WHITE,

the Defendant herein did knowingly possess a firearm in furtherance of a drug trafficking crime, which may be prosecuted in a court of the United States, that is, possession with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, as set forth in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

CATHERINE M. HOAG, #67500MO
Assistant United States Attorney